IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| SYLVAN LEARNING, INC. | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No.:1:11cv310 LMB/TRJ |
| | ) |
| SYLVANFRANCHISEISSUES.COM, | ) |
| an Internet Domain Name | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Please take notice that Plaintiff Sylvan Learning, Inc., by counsel, hereby respectfully submits this notice of dismissal for the above-referenced proceeding without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Respectfully submitted,

Dated: November 7, 2011
By: /s/
Janet F. Satterthwaite (VA Bar No. 26759)
Christopher S. Crook (VA Bar No. 76636)
Elissa Brockbank Reese (VA Bar No. 78969)
VENABLE LLP
575 7th Street, NW
Washington, DC  20004-1601
202-344-4974 (phone)
202-344-8300 (fax)
jfsatterthwaite@venable.com
*Counsel for Plaintiff Sylvan Learning, Inc*