IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

FILED
NOV - 8 2011
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| SYLVAN LEARNING, INC. | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No.:1:11cv310 LMB/TRJ |
| | ) |
| SYLVANFRANCHISEISSUES.COM, | ) |
| an Internet Domain Name | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Please take notice that Plaintiff Sylvan Learning, Inc., by counsel, hereby respectfully submits this notice of dismissal for the above-referenced proceeding without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Respectfully submitted,

Dated: November 7, 2011

By: /s/
Janet F. Satterthwaite (VA Bar No. 26759)
Christopher S. Crook (VA Bar No. 76636)
Elissa Brockbank Reese (VA Bar No. 78969)
VENABLE LLP
575 7th Street, NW
Washington, DC 20004-1601
202-344-4974 (phone)
202-344-8300 (fax)
jfsatterthwaite@venable.com
*Counsel for Plaintiff Sylvan Learning, Inc*

So Ordered

/s/
Leonie M. Brinkema
United States District Judge
11/8/11